```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at LONDON**

| | | |
|---|---|---|
| JULIA D. BROWN, | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | 6:21-CV-87-JMH |
| v. | ) | |
| | ) | **MEMORANDUM ORDER** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on the Commissioner's unopposed motion to remand this case to the Social Security Administration for further proceedings. (DE 20). Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing and a new decision. The plaintiff does not oppose the Commissioner's request. (*Id.*, ¶ 3). Therefore, the Court, having reviewed the record and being adequately advised,

IT IS HEREBY ORDERED as follows:

(1) That the Commissioner's unopposed motion for summary judgment (DE 20) be, and the same hereby is, **GRANTED.**

(2) That Plaintiff's motion for judgment on the pleadings (DE 14) be, and the same hereby is, **DENIED as moot.**

(3) A separate judgment in conformity herewith **SHALL** this date be entered.

This the 8th day of March, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge